# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1606
Lower Tribunal No. M19-27419

_____

**Edwin Leonel Lopez-Castillo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Christine Bandin, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and GORDO and BOKOR,[1] JJ.

PER CURIAM.

Affirmed.

_____

[1] Judge Bokor did not participate in oral argument.